# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>RODOLFO CARLOS FLORES a/k/a )<br>"BIG HEAD," )<br> )<br>    Defendant. ) | Cause No. 2:15-cr-72 |

## ORDER

This matter is before me on the Findings and Recommendation of Magistrate Judge Paul R. Cherry relating to defendant Rodolfo Carlos Flores' request to enter a plea of guilty to Count 1 of the Superseding Indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. (DE 20.) Following a hearing on the record on April 27, 2016 (DE 190), Judge Cherry found that Flores understands the nature of the charge, his rights, and the maximum penalties; that Flores is competent to plead guilty; that there is a factual basis for Flores' guilty plea; and that Flores knowingly and voluntarily entered into his agreement to enter a plea of guilty. Judge Cherry recommends that I accept Flores' plea of guilty and proceed to sentencing. Neither party has filed an objection to Judge Cherry's Findings and Recommendation.

Accordingly and having reviewed the Findings and Recommendation of the Magistrate Judge Upon Plea of Guilty by Defendant Rodolfo Carlos Flores (DE 192), to which no objection has been filed, the Court hereby **ADOPTS** the Findings and

Recommendation (DE 192) in their entirety. Defendant Rodolfo Carlos Flores is **ADJUDGED GUILTY** of Count 1 of the superseding indictment, and the sentencing hearing is **SET** for **September 20, 2016, at 1:00 p.m.** Hammond/Central Time.

**SO ORDERED.**

ENTERED: May 19, 2016.

s/ Philip P. Simon
CHIEF JUDGE
UNITED STATES DISTRICT COURT
